UNITED STATES of America,
Plaintiff–Appellee,

v.

Peter CUNAG, aka Peter James
Martinez, Defendant–
Appellant.

No. 03–50067.

United States Court of Appeals,
Ninth Circuit.

Aug. 31, 2004.

Pegeen D. Rhyne, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

William S. Harris, Esq., Stewart & Harris, South Pasadena, CA, for Defendant–Appellant.

Before HALL, TROTT, and
CALLAHAN, Circuit Judges.

## ORDER

The Opinion filed June 14, 2004, slip op. 7939, and appearing at 371 F.3d 1060 (9th Cir.2004), is hereby ordered withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit. The case remains under submission, and a new opinion will be filed in the near future.

■

Luis L. ARMENTERO, Petitioner—
Appellant,

v.

IMMIGRATION AND NATURAL-
IZATION SERVICE, Respon-
dent—Appellee.

No. 02–55368.

United States Court of Appeals,
Ninth Circuit.

Sept. 1, 2004.

Michael Tanaka, Esq., Los Angeles, CA, for Petitioner–Appellant.

Jason K. Axe, Esq., Los Angeles, CA, Van Der Hout & Brigagliano, San Francisco, CA, for Respondent–Appellee.

Before: MESKILL,* FERGUSON, and BERZON, Circuit Judges.

## ORDER

The Respondent–Appellee's Petition for Rehearing is GRANTED. The opinion filed August 26, 2003, slip op. 12069, and appearing at 340 F.3d 1058 (9th Cir.2003), is WITHDRAWN. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

Resubmission of this case is deferred pending oral argument. Argument is set for Monday, October 4, 2004, at 3:00 p.m., in San Francisco, California.

---

* The Honorable Thomas J. Meskill, Senior United States Circuit Judge for the Second Circuit, sitting by designation.